IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW CONLEY and** | : | |
| **CANDI CONLEY,** | : | |
| Plaintiffs | : | No. 1:20-cv-00286 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **ST. JUDE MEDICAL, LLC,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 28th day of August 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Defendant St. Jude Medical, LLC's motion to dismiss (Doc. No. 15) is **GRANTED**. Plaintiffs' amended complaint (Doc. No. 11-1) is **DISMISSED WITH PREJUDICE**. **IT IS FURTHER ORDERED THAT** the Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
